# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

FILED
08 AUG 21 PM 3:19

BOARD OF TRUSTEES OF THE AUTOMOTIVE
INDUSTRIES WELFARE FUND, AUTOMOTIVE
INDUSTRIES PENSION FUND; JIM BENO,
TRUSTEE,

SUMMONS IN A CIVIL CASE

CASE NUMBER:

V.

LEW WILLIAMS, INC., a corporation,
doing business as GREAT VALLEY
CHRYSLER- PLYMOUTH- MAZDA CENTER

CV 08   3600

MMC

TO: (Name and address of defendant)

Great Valley Chrysler- Plymouth- Mazada
2329 Fulton Avenue
Sacramento, CA   95825

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (State Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA   94104
Phone: (415) 392-5431

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE   JUL 2 8 2008

(BY) DEPUTY CLERK

**ANNA SPRINKLES**