# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE AUTOMOTIVE
INDUSTRIES WELFARE FUND, AUTOMOTIVE
INDUSTRIES PENSION FUND, JIM BENO,
TRUSTEE,

FIRST AMENDED
SUMMONS IN A CIVIL CASE

CASE NUMBER:
CV 08 3600 MMC

V.

KEIL ENTERPRISES, a corporation,
doing business as GREAT VALLEY
CHRYSLER- PLYMOUTH- MAZADA CENTER

TO: (Name and address of defendant)
Keil Enterprises
4325 Prospect Drive
Carmichael, CA  95608

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (State Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Phone: (415) 392-5431

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  8/21/08

_(signature)_
(BY) DEPUTY CLERK