1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE AUTOMOTIVE )   NO.  C 08 3600 MMC
   INDUSTRIES, et al.                  )   **CONTINUING**
12                      Plaintiffs,    )   ORDER ~~TO CONTINUE~~ CASE
                                       )   MANAGEMENT CONFERENCE
13           vs.                       )
                                       )   **TO JANUARY 16, 2009**
14 KEIL ENTERPRISES, a corporation,    )
   doing business as GREAT VALLEY      )
15 CHRYSLER- PLYMOUTH- MAZDA CENTER    )
                                       )
16                                     )
                        Defendant.     )
17 _____)

18         IT IS ORDERED that the Case Management Conference in this
                                                    **16**
19 case set for October 31, 2008 be continued to January ~~9~~, 2009 at 10:30

20 a.m. in Courtroom 7, 19th Floor, 450 Golden Gate Avenue, San

21 Francisco, CA.  A Case Management Statement shall filed no later than January 9, 2009.

22 Dated: October 27, 2008                 _____
                                            Honorable Judge Maxine M. Chesney
23

   ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE