IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KEIL ENTERPRISES, <br><br> Defendant / | No. C-08-3600 MMC <br><br> **ORDER SETTING DEADLINE TO FILE MOTION FOR DEFAULT JUDGMENT; CONTINUING JANUARY 16, 2009 CASE MANAGEMENT CONFERENCE** |

By notice filed October 29, 2008, the Clerk entered the default of Keil Enterprises, the sole defendant to the above-titled action.

Accordingly, the Court hereby sets the following schedule:

1. No later than December 12, 2008, plaintiffs shall file and serve a motion for default judgment; and

2. The January 9, 2009 Case Management Conference is hereby CONTINUED to March 20, 2009.

**IT IS SO ORDERED.**

Dated: November 3, 2008

MAXINE M. CHESNEY
United States District Judge