IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>KEIL ENTERPRISES,<br><br>　　　　Defendant | No. C-08-3600 MMC<br><br>**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT** |

Before the Court is plaintiffs' "Motion for Default Judgment and Attorneys' Fees," filed December 9, 2008. No opposition has been filed.

Having read and considered the papers filed in support of the motion, the Court deems the matter appropriate for decision thereon, hereby VACATES the hearing scheduled for January 16, 2009,[1] and, good cause appearing, hereby GRANTS the motion and awards plaintiffs the total sum of $33,078.82, as follows[2]:

　　1. Pursuant to 29 U.S.C. § 1132(g)(2)(A), plaintiffs are awarded unpaid

---

[1] Plaintiff's request, filed December 24, 2008, to continue the hearing to January 23, 2009 is DENIED as moot.

[2] By the instant order, the Court makes no finding as to plaintiffs' additional request, included in plaintiffs' proposed form of order, that the Court determine herein plaintiffs' right to bring a subsequent action against defendant.

1  contributions in the amount of $25,345.10.
2      2.  Pursuant to 29 U.S.C. § 1132(g)(2)(B), plaintiffs are awarded interest in the
3  amount of $1364.70.
4      3.  Pursuant to 29 U.S.C. § 1132(g)(2)(C), plaintiffs are awarded liquidated damages
5  in the amount of $5069.02.
6      4.  Pursuant to 29 U.S.C. § 1132(g)(2)(D), plaintiffs are awarded attorneys' fees in
7  the amount of $740.00.
8      5.  Pursuant to 29 U.S.C. § 1132(g)(2)(D), plaintiffs are awarded costs in the amount
9  of $560.00.
10     **IT IS SO ORDERED.**
11
12 Dated:  December 29, 2008
                                            _____
13                                           MAXINE M. CHESNEY
                                            United States District Judge