IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al., | No. CV-08-03600 MMC |
| Plaintiffs, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| KEIL ENTERPRISES, | |
| Defendant. | |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** the Court hereby GRANTS plaintiffs' Motion for Default Judgment and Attorneys' Fees and awards plaintiffs' the total sum of $33,078.82 as follows:

1. Pursuant to 29 U.S.C. § 1132(g)(2)(A), plaintiffs are awarded unpaid contributions in the amount of $25,345.10.

2. Pursuant to 29 U.S.C. § 1132(g)(2)(B), plaintiffs are awarded interest in the amount of $1364.70.

3. Pursuant to 29 U.S.C. § 1132(g)(2)(C), plaintiffs are awarded liquidated damages in the amount of $5069.02.

4. Pursuant to 29 U.S.C. § 1132(g)(2)(D), plaintiffs are awarded attorneys' fees in the amount of $740.00.

5. Pursuant to 29 U.S.C. § 1132 (g)(2)(D), plaintiffs are awarded costs in the amount of $560.00.

Dated: December 30, 2008

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk