United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>KEIL ENTERPRISES,<br><br>    Defendant<br>_____ / | No. C-08-3600 MMC<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR REFERENCE TO MAGISTRATE JUDGE FOR JUDGMENT DEBTOR EXAM** |

Before the Court is plaintiffs' Ex Parte Application for Reference to Magistrate Judge for Judgment Debtor Exam," filed January 16, 2009.

Good cause appearing, plaintiff's application is hereby GRANTED. Accordingly, pursuant to Civil Local Rule 72-1, the above-titled matter is hereby REFERRED to a Magistrate Judge for purposes of conducting a judgment debtor examination, to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

**IT IS SO ORDERED.**

Dated: January 23, 2009

_Maxine M. Chesney_
MAXINE M. CHESNEY
United States District Judge